**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **A Goodnight Sleepstore, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  G.N.S. Enterprises, LLC**<br>**FDBA  G.N.S. Enterprises/Fayetteville, LLC**<br>**FDBA  G.N.S. Enterprises/Columbia, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-1527360** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6502 Market Street**<br>**Wilmington, NC 28405**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **New Hanover**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **www.agoodnightsleepstore.com**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **A Goodnight Sleepstore, Inc.**
Name

Case number (*if known*) _____

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4422__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____ Relationship _____

District _____ When _____ Case number, if known _____

---

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

page 2

Debtor   **A Goodnight Sleepstore, Inc.**
         Name                                            Case number *(if known)* _____

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **A Goodnight Sleepstore, Inc.**
         Name

Case number (*if known*) _____

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  4, 2017**
               MM / DD / YYYY

**X** **/s/ Sonny D. Langley**
Signature of authorized representative of debtor

**Sonny D. Langley**
Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Richard P. Cook**
Signature of attorney for debtor

Date   **July  4, 2017**
       MM / DD / YYYY

**Richard P. Cook**
Printed name

**Richard P. Cook. PLLC**
Firm name

**dba Cape Fear Debt Relief**
**7036 Wrightsville Avenue, Suite 101**
**Wilmington, NC 28403**
Number, Street, City, State & ZIP Code

Contact phone   **(910)399-3458**     Email address   **CapeFearDebtRelief@gmail.com**

**37614**
Bar number and State

## RESOLUTIONS OF THE BOARD OF DIRECTORS
## OF A GOODNIGHT SLEEPSTORE, INC.

The undersigned, being all of the directors of A Goodnight Sleepstore, Inc. (the "Company"), do hereby adopt the following resolutions by signing their written consent hereto and by the execution of this consent do hereby waive any and all formalities regarding notice of time, date, place and purpose of meeting.

WHEREAS, the directors of the Company have evaluated the Company's alternatives in connection with its current financial condition and have determined that the filing of a voluntary petition for relief (the "Petition") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the Eastern District of North Carolina is in the best interests of the Company; and

RESOLVED, that the Company shall be, and hereby is authorized to file a Petition for relief under Title 11 of the United States Bankruptcy Code, in the Eastern District of North Carolina (the "Bankruptcy Court") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing;

FURTHER RESOLVED, that Sonny D. Langley shall be authorized to act on behalf of the Company with respect to all of the Company's bankruptcy proceedings, including but not limited to signing any and all documents pertaining to the Company's bankruptcy and attending any and all hearings and conferences related to the Company's bankruptcy;

FURTHER RESOLVED, that any officer of the Company, or any other such person designated by the Company, shall be, and each of them, acting alone, hereby is, authorized, directed and empowered on behalf of, and in the name of, the Company to: (a) execute, acknowledge, deliver, verify, and file or cause to be filed all petition, schedules, statements, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (b) execute, acknowledge, deliver, and verify any and all other documents necessary or appropriate in connection therewith or to administer the Company's chapter 11 case in such form;

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Company in connection with the implementation of these resolutions in all respects are hereby ratified, confirmed, and approved; and

FURTHER RESOLVED, that the Chairman of the Board of Directors is hereby authorized to certify and deliver, to any person to whom such certification and delivery may be deemed necessary or appropriate in the opinion of the Company or its legal counsel, a true copy of the foregoing resolutions.

This action is effective as of the 3rd day of July, 2017

_____
Sonny D. Langley – Director & Sole Shareholder

---

**Fill in this information to identify the case:**

Debtor name  **A Goodnight Sleepstore, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __July  4, 2017__          X /s/ Sonny D. Langley
                                        Signature of individual signing on behalf of debtor

                                        **Sonny D. Langley**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **A Goodnight Sleepstore, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other    **Retail Mattress Sales (through June 30, 2017)** | **$1,574,770.57** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other    **Retail Mattress Sales** | **$3,798,638.26** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other    **Retail Mattress Sales** | **$5,018,486.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    A Goodnight Sleepstore, Inc.          Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Funding Metrics, LLC dba Quick Fix Capital Attn: Managing Officer/Agent PO Box 519 Langhorne, PA 19047 Insider** | **Weekday drafts from debtor's bank account since August 16, 2016** | $253,176.76 | **Purported sale of future receivables agreement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **South Carolina Dept. of Revenue Attn: Managing Officer/Agent 300A Outlet Pointe Boulevard Columbia, SC 29210** | **South Carolina Department of Revenue levied $7,200.00 from the Debtor's First Citizens bank account.** Last 4 digits of account number:  __3387__ | **June 2017** | $7,200.00 |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Chela Scott v. Camden Kyle Thompson and A Goodnight Sleepstore, Inc. 17 CVS 1792** | **Personal Injury** | **Cumberland County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

Debtor    A Goodnight Sleepstore, Inc.    Case number (if known) _____

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:    Certain Payments or Transfers

11. Payments related to bankruptcy
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.    Richard P. Cook, PLLC<br>dba Cape Fear Debt Relief<br>7036 Wrightsville Avenue,<br>Suite 101<br>Wilmington, NC 28403 | $4,000.00 - Chapter 11 Attorney Fees | April 27, 2017 | $4,000.00 |
| Email or website address<br>Richard@CapeFearDebtRelief.com | | | |
| Who made the payment, if not debtor? | | | |

12. Self-settled trusts of which the debtor is a beneficiary
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. Transfers not already listed on this statement
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **A Goodnight Sleepstore, Inc.**                                    Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Funding Metrics, LLC dba Quick Fix Capital Attn: Managing Officer/Agent PO Box 519 Langhorne, PA 19047** | **Purported sale of future receivables** | **August 2016, December 2016** | **Unknown** |
| | Relationship to debtor **Insider** | | | |
| 13.2 . | **Former employee** | **Debtor transferred an inoperable 2004 Isuzu box truck to a former employee in consideration for taking title to the vehicle, taking over the insurance and tax expenses, and repairing the vehicle.** | **May 2017** | **$0.00** |
| | Relationship to debtor **None** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Debtor   **A Goodnight Sleepstore, Inc.**                                    Case number *(if known)*

moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Mattress vendors** | **Various stores** | **Debtor has possession of displays of its various mattress vendors throughout its four stores.** | **$0.00** |

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **A Goodnight Sleepstore, Inc.**                                    Case number *(if known)*

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **RSM US LLP** **300 N Third Street** **Suite 500** **Wilmington, NC 28401** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor   **A Goodnight Sleepstore, Inc.**                                    Case number *(if known)*

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sonny D. Langley** | **210 Tanbridge Road Wilmington, NC 28405** | **President and Sole Director** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **David P. Heidenreich (deceased)** | | **Former President and 50% Owner** | **2003 - 2015** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Sonny D. Langley 210 Tanbridge Road Wilmington, NC 28405** | **approximately $30,000.00** | **Over the past twelve months** | **Owner draws for living expenses** |
| | **Relationship to debtor** **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **A Goodnight Sleepstore, Inc.**                              Case number *(if known)*

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  4, 2017**

**/s/ Sonny D. Langley**                              **Sonny D. Langley**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**              page **8**

**Fill in this information to identify the case:**

Debtor name  **A Goodnight Sleepstore, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................................................   $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................................   $ _____ **268,696.50**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................................   $ _____ **268,696.50**

Part 2:    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ **287,827.28**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $ _____ **355,297.54**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____ **362,934.66**

4.   **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b                                     $ _____ **1,006,059.48**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **A Goodnight Sleepstore, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital One Bank Attn: Managing Officer/Agent PO Box 30285 Salt Lake City, UT 84130** | | **Credit card purchases** | | | | **$10,307.85** |
| **Capital One Bank Attn: Managing Officer/Agent PO Box 30285 Salt Lake City, UT 84130** | | **Credit card purchases** | | | | **$1,616.30** |
| **Corsicana Bedding, Inc. Attn: Managing Officer/Agent PO Box 1050 Corsicana, TX 75151** | | **Inventory purchases** | | | | **$30,691.97** |
| **Cross Creek Land Company, LLC Attn: Managing Officer/Agent 5019 Carolina Beach Road Wilmington, NC 28412** | | **Lease breach** | **Disputed** | | | **$19,224.90** |
| **Discover Financial Services - Sam's Attn: Managing Officer/Agent PO Box 30943 Salt Lake City, UT 84130-0943** | | **Credit card purchases** | | | | **$14,076.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **A Goodnight Sleepstore, Inc.**                                          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Funding Metrics, LLC dba Quick Fix Attn: Managing Officer/Agent 884 Town Center Drive Langhorne, PA 19047** | | **Mattress invetory** **Value of inventory located at 6502 Market Street, Wilmington, NC - $72,721.00 Value of inventory located at 801 S. College Road** | **Disputed** | **$44,041.68** | **$208,144.00** | **$44,041.68** |
| **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101** | | **940/941 Withholding taxes** | | | | **$250,000.00** |
| **Leggett & Platt, Incorporated Attn: Managing Officer/Agent PO Box 140 Linwood, NC 27299** | | **Inventory purchases** | | | | **$7,482.30** |
| **North Carolina Dept. of Revenue Attn: Bankruptcy Unit PO Box 1168 Raleigh, NC 27602** | | **Sales and withholding taxes** | | | | **$45,000.00** |
| **Piedmont Natural Gas Attn: Managing Officer/Agent PO Box 33068 Charlotte, NC 28233** | | **Utility service** | | | | **$399.85** |
| **Plan A Advertising, LLC Attn: Managing Officer/Agent 3724 Shipyard Blvd, Suite C Wilmington, NC 28403** | | **Advertising services** | | | | **$780.00** |
| **Sealy, Inc. Attn: Managing Officer/Agent 239 Sealy Drive Trinity, NC 27370** | | **Inventory purchases** | | | | **$126,905.62** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor   **A Goodnight Sleepstore, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sears Credit Cards Attn: Managing Officer/Agent PO Box 6282 Sioux Falls, SD 57117** | | **Business credit card purchases** | | | | **$14,000.00** |
| **Serta Simmons Bedding, LLC Attn: Managing Officer/Agent 6540 Judge Adams Rd Whitsett, NC 27377** | | **Inventory purchases** | | | | **$54,022.00** |
| **Simmons Manufacturing Co., LLC Attn: Managing Officer/Agent One Concourse Parkway, Suite 800 Atlanta, GA 30328** | | **Mattress inventory** **Value of inventory located at 6502 Market Street, Wilmington, NC - $72,721.00 Value of inventory located at 801 S. College Road** | | **$243,785.60** | **$208,144.00** | **$35,641.60** |
| **Sonny D. Langley 210 Tanbridge Road Wilmington, NC 28405** | | **Loans to business** | | | | **$37,482.54** |
| **South Carolina Dept. of Revenue Attn: Managing Officer/Agent 300A Outlet Pointe Boulevard Columbia, SC 29210** | | **Sales and withholding taxes** | **Disputed** | | | **$60,000.00** |
| **Tempur-Pedic North America, LLC Attn: Managing Officer/Agent PO Box 202707 Dallas, TX 75320** | | **Inventory purchases** | | | | **$7,630.00** |
| **Time Warner Cable Attn: Managing Officer/Agent PO Box 70872 Charlotte, NC 28272** | | **Utility service** | | | | **$1,035.52** |
| **Wells Fargo Bank Attn: Managing Officer/Agent PO Box 14517 Des Moines, IA 50306** | | **Business line of credit** | | | | **$35,736.73** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **A Goodnight Sleepstore, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Citizens Bank** | **Checking** | **3387** | **$19,552.50** |
| | **Wells Fargo Bank, N.A.** | | | |
| 3.2. | **Account balance is negative** | **Checking** | **3025** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$19,552.50** |

**Part 2:       Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:       Accounts receivable**

10. Does the debtor have any accounts receivable?

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **A Goodnight Sleepstore, Inc.**                          Case number *(If known)* _____
_____
Name

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale **Mattress invetory** **Value of inventory located at 6502 Market Street, Wilmington, NC - $72,721.00** **Value of inventory located at 801 S. College Road, Wilmington, NC - $36,782.00** **Value of inventory located at 934 Robeson Street, Fayetteville, NC - $51,604.00** **Value of inventory located at 1732 Skibo Road, Fayetteville, NC - $47,037.00** | June 2017 | $0.00 | Recent cost | $208,144.00 |
| 22. | Other inventory or supplies | | | | |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $208,144.00 |
|---|

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

| Debtor | **A Goodnight Sleepstore, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks, chairs** | **$0.00** | **Liquidation** | **$500.00** |
| 40. | **Office fixtures**<br>**Signage** | **$0.00** | **Liquidation** | **$1,000.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, copiers, cash register** | **$0.00** | **Liquidation** | **$1,500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$3,000.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2004 Pace Trailer**<br>**VIN: 4FPFB12164G083652** | **$0.00** | **Liquidation** | **$500.00** |

Debtor    **A Goodnight Sleepstore, Inc.**                                 Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.2. | **2012 Toyota Prius** | | | |
| | **VIN: JTDKN3DUXC1542181** | $0.00 | NADA | $8,500.00 |
| 47.3. | **2006 Isuzu Box Truck** | | | |
| | **VIN: JALB4B16067010795** | $0.00 | Liquidation | $5,000.00 |
| 47.4. | **2006 Isuzu Box Truck** | | | |
| | **Last four of VIN: 3331** | | | |
| | **Vehicle is currently in the repair shop** | $0.00 | Liquidation | $2,500.00 |
| 47.5. | **2006 Isuzu Box Truck** | | | |
| | **Last four of VIN: 2644** | $0.00 | Liquidation | $5,000.00 |
| 47.6. | **2006 Isuzu Box Truck** | | | |
| | **Last four of VIN: 1902** | | | |
| | **Vehicle is inoperable** | $0.00 | Liquidation | $500.00 |
| 47.7. | **2006 Ford F-150** | | | |
| | **Last four of VIN: 1842** | $0.00 | NADA | $5,000.00 |
| 47.8. | **2004 Ford F-150** | | | |
| | **Last four of VIN: 3463** | $0.00 | NADA | $3,500.00 |
| 47.9. | **2007 Sterling truck** | | | |
| | **Last four of VIN: 2236** | $0.00 | Liquidation | $7,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.    **Total of Part 8.**                                                                 $38,000.00
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No

Debtor    **A Goodnight Sleepstore, Inc.**                            Case number *(If known)* _____
Name

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** AGoodnightSleepStore.com | **$0.00** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Debtor    **A Goodnight Sleepstore, Inc.**                               Case number *(If known)* _____
          Name

Description (for example, federal, state, local)

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities**<br>**Business Auto, Property and Worker's Compensation**<br>**Policies with Nationwide P&C Insurance, Co.** | **$0.00** |

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.                              **$0.00**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

Debtor **A Goodnight Sleepstore, Inc.**                    Case number *(If known)* _____
      Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19,552.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $208,144.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $38,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $268,696.50  + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $268,696.50 |

**Fill in this information to identify the case:**

Debtor name    **A Goodnight Sleepstore, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | |
|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A — Amount of claim — Do not deduct the value of collateral. / Column B — Value of collateral that supports this claim |

**2.1**  **Funding Metrics, LLC dba Quick Fix**

Creditor's Name

Describe debtor's property that is subject to a lien
**Mattress inventoy**

Column A  **$44,041.68**
Column B  **$208,144.00**

**Value of inventory located at 6502 Market Street, Wilmington, NC - $72,721.00
Value of inventory located at 801 S. College Road, Wilmington, NC - $36,782.00
Value of inventory located at 934 Robeson Street, Fayettevi**

**Attn: Managing Officer/Agent
884 Town Center Drive
Langhorne, PA 19047**

Creditor's mailing address

Describe the lien
**UCC Filing**

Is the creditor an insider or related party?
☐ No
☑ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**December 19, 2016**

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Simmons Manufacturing Co., LLC
2. Funding Metrics, LLC dba Quick Fix**

**2.2**  **Simmons Manufacturing Co., LLC**

Describe debtor's property that is subject to a lien

**$243,785.60**    **$208,144.00**

Debtor   **A Goodnight Sleepstore, Inc.**                                      Case number (if know) _____

_____Name_____

| Creditor's Name | |
|---|---|
| | **Mattress invetory** |

**Attn: Managing Officer/Agent**
**One Concourse Parkway, Suite 800**
**Atlanta, GA 30328**

**Value of inventory located at 6502 Market Street, Wilmington, NC - $72,721.00**
**Value of inventory located at 801 S. College Road, Wilmington, NC - $36,782.00**
**Value of inventory located at 934 Robeson Street, Fayettevi**

Creditor's mailing address

**Describe the lien**
**UCC Filing**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**April 26, 2013**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8219**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$287,827.28**

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Simmons Manufacturing Co., LLC**<br>**Attn: Managing Officer/Agent**<br>**5100-R West Harris Blvd**<br>**Charlotte, NC 28269** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name **A Goodnight Sleepstore, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |
| | **Brunswick County Revenue** | **$0.00** | **$0.00** |
| | **Attn: Managing Officer/Agent** | | |
| | **PO Box 580335** | | |
| | **Charlotte, NC 28231** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | | |
| | **City of Columbia, SC - Tax Office** | **$297.54** | **$297.54** |
| | **Attn: Managing Officer/Agent** | | |
| | **1136 Washington St** | | |
| | **Columbia, SC 29201** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Ad valorem property taxes**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    45734                    Best Case Bankruptcy

| Debtor | A Goodnight Sleepstore, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Cumberland County Tax Admin Office** | *Check all that apply.* | | |
| | **Attn: Managing Officer/Agent** | ☐ Contingent | | |
| | **PO Box 449** | ☐ Unliquidated | | |
| | **Fayetteville, NC 28302** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **For notice purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250,000.00 | $250,000.00 |
|---|---|---|---|---|
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **Centralized Insolvency Operations** | ☐ Contingent | | |
| | **PO Box 7346** | ☐ Unliquidated | | |
| | **Philadelphia, PA 19101** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **940/941 Withholding taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **New Hanover County Tax Office** | *Check all that apply.* | | |
| | **Attn: Managing Officer/Agent** | ☐ Contingent | | |
| | **230 Government Center Dr, Suite 190** | ☐ Unliquidated | | |
| | **Wilmington, NC 28403** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **For notice purposes only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,000.00 | $45,000.00 |
|---|---|---|---|---|
| | **North Carolina Dept. of Revenue** | *Check all that apply.* | | |
| | **Attn: Bankruptcy Unit** | ☐ Contingent | | |
| | **PO Box 1168** | ☐ Unliquidated | | |
| | **Raleigh, NC 27602** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Sales and withholding taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **A Goodnight Sleepstore, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60,000.00 | $60,000.00 |
|---|---|---|---|---|

**South Carolina Dept. of Revenue**
**Attn: Managing Officer/Agent**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales and withholding taxes**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**American Express Centurion Bank**
**Attn: Managing Officer/Agent**
**PO Box 981537**
**El Paso, TX 79998**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.24 |
|---|---|---|---|

**Ard's Container Service**
**Attn: Managing Officer/Agent**
**1101 1st Street, S.**
**Columbia, SC 29209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trash removal**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,616.30 |
|---|---|---|---|

**Capital One Bank**
**Attn: Managing Officer/Agent**
**PO Box 30285**
**Salt Lake City, UT 84130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **6895**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,307.85 |
|---|---|---|---|

**Capital One Bank**
**Attn: Managing Officer/Agent**
**PO Box 30285**
**Salt Lake City, UT 84130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **2688**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chela Scott**
**c/o Britton Law, P.A.**
**2850 Village Drive, Suite 206**
**Fayetteville, NC 28304**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred

Basis for the claim:  **Claims for negligence and personal injury**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | A Goodnight Sleepstore, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,691.97 |
|---|---|---|---|

**3.6** Nonpriority creditor's name and mailing address
Corsicana Bedding, Inc.
Attn: Managing Officer/Agent
PO Box 1050
Corsicana, TX 75151

Date(s) debt was incurred _

Last 4 digits of account number  5597

As of the petition filing date, the claim is: Check all that apply.                                    **$30,691.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address
Cross Creek Land Company, LLC
Attn: Managing Officer/Agent
5019 Carolina Beach Road
Wilmington, NC 28412

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$19,224.90**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Lease breach**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
D.O. Smith Estate
Attn: Managing Officer/Agent
301 Park Lake Road
Columbia, SC 29223

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Lease of now closed Columbia store**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Discover Financial Services - Sam's
Attn: Managing Officer/Agent
PO Box 30943
Salt Lake City, UT 84130-0943

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **$14,076.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Leggett & Platt, Incorporated
Attn: Managing Officer/Agent
PO Box 140
Linwood, NC 27299

Date(s) debt was incurred _

Last 4 digits of account number  9824

As of the petition filing date, the claim is: Check all that apply.                                    **$7,482.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Nationwide P&C Insurance Co.
Attn: Managing Officer/Agent
One Nationwide Plaza
Columbus, OH 43215-2220

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Any and all claims arising under Business Auto policy as a result of pending personal injury claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address
Piedmont Natural Gas
Attn: Managing Officer/Agent
PO Box 33068
Charlotte, NC 28233

Date(s) debt was incurred _

Last 4 digits of account number  5001

As of the petition filing date, the claim is: Check all that apply.                                    **$399.85**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility service**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | A Goodnight Sleepstore, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.05 |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address
**Piedmont Natural Gas**
Attn: Managing Officer/Agent
PO Box 33068
Charlotte, NC 28233

Date(s) debt was incurred _
Last 4 digits of account number **1002**

As of the petition filing date, the claim is: *Check all that apply.*  **$121.05**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
**Plan A Advertising, LLC**
Attn: Managing Officer/Agent
3724 Shipyard Blvd, Suite C
Wilmington, NC 28403

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$780.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Advertising services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
**Sealy, Inc.**
Attn: Managing Officer/Agent
239 Sealy Drive
Trinity, NC 27370

Date(s) debt was incurred _
Last 4 digits of account number **2000**

As of the petition filing date, the claim is: *Check all that apply.*  **$126,905.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Inventory purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
**Sears Credit Cards**
Attn: Managing Officer/Agent
PO Box 6282
Sioux Falls, SD 57117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$14,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business credit card purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address
**Serta Simmons Bedding, LLC**
Attn: Managing Officer/Agent
6540 Judge Adams Rd
Whitsett, NC 27377

Date(s) debt was incurred _
Last 4 digits of account number **0463**

As of the petition filing date, the claim is: *Check all that apply.*  **$54,022.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Inventory purchases**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
**Sonny D. Langley**
210 Tanbridge Road
Wilmington, NC 28405

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$37,482.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loans to business**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
**Tempur-Pedic North America, LLC**
Attn: Managing Officer/Agent
PO Box 202707
Dallas, TX 75320

Date(s) debt was incurred _
Last 4 digits of account number **7407**

As of the petition filing date, the claim is: *Check all that apply.*  **$7,630.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Inventory purchases**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | A Goodnight Sleepstore, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.55 |
|---|---|---|---|

**Time Warner Cable**
**Attn: Managing Officer/Agent**
**PO Box 70872**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility service__

Last 4 digits of account number __1901__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.56 |
|---|---|---|---|

**Time Warner Cable**
**Attn: Managing Officer/Agent**
**PO Box 70872**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility service__

Last 4 digits of account number __5203__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,035.52 |
|---|---|---|---|

**Time Warner Cable**
**Attn: Managing Officer/Agent**
**PO Box 70872**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility service__

Last 4 digits of account number __5402__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183.33 |
|---|---|---|---|

**Time Warner Cable**
**Attn: Managing Officer/Agent**
**PO Box 70872**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility service__

Last 4 digits of account number __6201__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.35 |
|---|---|---|---|

**Time Warner Cable**
**Attn: Managing Officer/Agent**
**PO Box 70872**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utility service__

Last 4 digits of account number __7001__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,736.73 |
|---|---|---|---|

**Wells Fargo Bank**
**Attn: Managing Officer/Agent**
**PO Box 14517**
**Des Moines, IA 50306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Business line of credit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | A Goodnight Sleepstore, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan M. Solana, Attorney At Law**<br>**Attn: Managing Officer/Agent**<br>**1650 Military Cutoff Rd, Suite 200**<br>**Wilmington, NC 28403** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Carthens Law Firm, PLLC**<br>**Attn: Managing Officer/Agent**<br>**804 Stamper Road, Suite 201**<br>**Fayetteville, NC 28303** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Leggett & Platt, Incorporated**<br>**Attn: Managing Officer/Agent**<br>**160 Mine Lake Court, Suite 200**<br>**Raleigh, NC 27615** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Sealy, Inc.**<br>**Attn: Managing Officer/Agent**<br>**PO Box 932621**<br>**Atlanta, GA 31193** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Serta Simmons Bedding, LLC**<br>**Attn: Managing Officer/Agent**<br>**160 Mine Lake Court, Suite 200**<br>**Raleigh, NC 27615-6417** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **SWM Investors**<br>**Attn: Managing Officer/Agent**<br>**301 Park Lake Road**<br>**Columbia, SC 29223** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Tempur-Pedic North America, LLC**<br>**Attn: Managing Officer/Agent**<br>**212 South Tryon St, Suite 1000**<br>**Charlotte, NC 28281-0001** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Welch and Avery**<br>**Attn: Managing Officer/Agent**<br>**636 Court Street**<br>**Jacksonville, NC 28540** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 355,297.54 |
| **5b. Total claims from Part 2** | 5b. + | $ | 362,934.66 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 718,232.20 |

**Fill in this information to identify the case:**

Debtor name **A Goodnight Sleepstore, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial real property located at 1732 Skibo Road, Fayetteville, NC 28303. Lease to run through April 2020 at $10,800.00 per month.** | |
| | State the term remaining | **3 years** | **Cross Creek Plaza, Inc. Attn: Managing Officer/Agent PO Box 53646 Fayetteville, NC 28303** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial real property located at 934 Robeson Street, Fayetteville, NC 28305. Lease is on a month-to-month basis.** | |
| | State the term remaining | **Month-to-month** | **Demetrious/Georgia/Theo Perivolaris Attn: Mr. Steve Paris DP Limited Partnership 1126 Offshore Drive Fayetteville, NC 28305** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial real property located at 6502 Market Street, Wilmington, NC 28405. Lease is on a month-to-month basis.** | |
| | State the term remaining | **Month to month** | **Kenneth G. Lloyd PO Box 10720 Wilmington, NC 28404-0720** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **A Goodnight Sleepstore, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial real property located at 801 S. College Rd, Wilmington, NC 28403. Lease to run through February 2018 at $7,200.00 per month.** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **The University of North Carolina** |
| | List the contract number of any government contract | | **Attn: UNCW Director of Real Estate 601 S. College Road CB5918 Wilmington, NC 28403-5918** |

**Fill in this information to identify the case:**

Debtor name    **A Goodnight Sleepstore, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Sonny D. Langley** | **210 Tanbridge Road** **Wilmington, NC 28405** | **Funding Metrics, LLC dba Quick Fix** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.2 **Sonny D. Langley** | **210 Tanbridge Road** **Wilmington, NC 28405** | **Cross Creek Land Company, LLC** | ☐ D _____ ■ E/F ___3.7___ ☐ G _____ |
| 2.3 **Sonny D. Langley** | **210 Tanbridge Road** **Wilmington, NC 28405** | **American Express Centurion Bank** | ☐ D _____ ■ E/F ___3.1___ ☐ G _____ |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

IN RE:

A GOODNIGHT SLEEPSTORE, INC.,                    CASE NO.:
                                                 CHAPTER 11

        DEBTOR(S)

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)**

1.      Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $<u>Amount unknown</u><br>(To be determined by the Court) |
| Prior to filing this statement, I have received | $   4,000.00 |
| In addition, I am holding in trust for Attorney's fees | $   0.00 |
| Amount of Attorney's fees incurred in preparation of this Chapter 11 case (See attached billing log) | $   5,730.50 |
| As of the filing of this case, I was owed Attorney's fees Incurred in preparation of this Chapter 11 case | $   1,730.50 |

2.      The source of compensation paid to me is:

      [x] Debtor                [] Other:

3.      The source of compensation to be paid to me is:

      [x] Debtor                [] Other (specify):

4.      [x] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a)     Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11, United States Code;

b)     Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

c)     Representation of the debtor at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

d)     Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e)     Additional fees to be approved by the Bankruptcy Court

6.     By agreement with the debtor, the above disclosed fee does not include the following services:

Not applicable.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated: July 4, 2017                    RICHARD P. COOK, PLLC

/s/ Richard P. Cook
Richard P. Cook
Attorney for the Debtor(s)
NC Bar 37614
7036 Wrightsville Ave., Suite 101
Wilmington, NC 28403
Telephone: (910) 399-3458
Facsimile: (877) 836-6822
Email: Richard@CapeFearDebtRelief.com

Richard P. Cook

*Board Certified Specialist in*
*Consumer and Business Bankruptcy*



7036 Wrightsville Ave., Suite 101
Wilmington, North Carolina 28403
(910) 399-3458
Richard@CapeFearDebtRelief.com

**A GOODNIGHT SLEEPSTORE, INC. BILLING LOG OF ATTORNEY FOR DEBTOR**

CHAPTER 11 CASE NO. 17-0000-5-

| DATE | STAFF | DESCRIPTION | TIME | RATE | AMOUNT |
|------|-------|-------------|------|------|--------|
| 4/19/2017 | RPC | Meeting with Sonny Langley re possible bankruptcy filing for AGNSS | 2 | No charge | $0.00 |
| 4/24/2017 | RPC | Meeting with Sonny Langley re possible Ch. 11 filing for AGNSS | 1.4 | $275.00 | $385.00 |
| 4/24/2017 | RPC | Drafting of Fee Agreement | 0.3 | $275.00 | $82.50 |
| 4/24/2017 | RPC | Review of NC SOS re. A Goodnight Sleepstore | 0.2 | $275.00 | $55.00 |
| 4/24/2017 | RPC | Drafting of email correspondence to Sonny L. re. documents needed | 0.3 | $275.00 | $82.50 |
| 4/24/2017 | RPC | Meeting with Ruth Green on instructions re opening file | 0.1 | $275.00 | $25.50 |
| 4/24/2017 | RG | Meeting with Richard Cook for instructions on opening file and opening of file | 0.2 | $95.00 | $19.00 |
| 5/1/2017 | RPC | Telephone conference with Sonny re. bank accounts, documents | 0.2 | $275.00 | $55.00 |
| 5/9/2017 | RPC | Telephone conference with Sonny re. documents | 0.2 | $275.00 | $55.00 |
| 5/10/2017 | RPC | Drafting of email correspondence to Sonny re. documents needed | 0.2 | $275.00 | $55.00 |
| 5/10/2017 | RPC | Legal research re. validity of future sale agreements, drafting of AP (preference, fraudulent conveyance, et al v. Quick Fix Capital) | 3.6 | $275.00 | $990.00 |
| 5/11/2017 | RPC | Preparation of Chapter 11 Schedules | 2.1 | $275.00 | $577.50 |
| 5/13/2017 | RPC | Continued drafting of Chapter 11 Schedules, drafting of email correspondence to Sonny re. documents needed | 2.3 | $275.00 | $632.50 |
| 5/18/2017 | RG/TT | Telephone conference with NC DMV re. motor vehicle search for AGNSS | 0.8 | $95.00 | $76.00 |
| 5/26/2017 | RPC | Continued legal research re. validity of future sale agreements and reclassification as loan, insider status of Quick Fix, drafting of AP (preference, fraudulent conveyance, et al v. Quick Fix Capital) | 3.5 | $275.00 | $962.50 |
| 6/5/2017 | RPC | Telephone conference with Sonny L. re. information needed for Chapter 11 schedules, update on business | 0.2 | $275.00 | $55.00 |
| 6/20/2017 | RPC | Review of emails from Sonny, re emergency filing, closing of bank accounts, responses to same | 0.4 | $275.00 | $110.00 |
| 6/27/2017 | RPC | Meeting with Sonny L. re information needed for Chapter 11 schedules, timing of Ch. 11 filing, possible AP against QuickFix | 0.5 | $275.00 | $137.50 |
| 7/2/2017 | RPC | Review of email from Sonny re Monday meeting, resp to same | 0.1 | $275.00 | $27.50 |
| 7/3/2017 | RPC | Meeting with Sonny re continued finalizing of schedules, review of documents from Sonny re schedules | 1.4 | $275.00 | $385.00 |
| 7/4/2017 | RPC | Continued preparation of Chapter 11 schedules, finalization of same (2.5), meeting with Sonny at Market Street store to review and sign Chapter 11 schedules (1.0) | 3.5 | $275.00 | $962.50 |
| | | Total | | | $5,730.50 |

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **A Goodnight Sleepstore, Inc.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July  4, 2017**

**/s/ Sonny D. Langley**

**Sonny D. Langley**/President
Signer/Title

Alan M. Solana, Attorney At Law
Attn: Managing Officer/Agent
1650 Military Cutoff Rd, Suite 200
Wilmington, NC 28403

Cross Creek Land Company, LLC
Attn: Managing Officer/Agent
5019 Carolina Beach Road
Wilmington, NC 28412

Leggett & Platt, Incorporated
Attn: Managing Officer/Agent
PO Box 140
Linwood, NC 27299

American Express Centurion Bank
Attn: Managing Officer/Agent
PO Box 981537
El Paso, TX 79998

Cross Creek Plaza, Inc.
Attn: Managing Officer/Agent
PO Box 53646
Fayetteville, NC 28303

Leggett & Platt, Incorporated
Attn: Managing Officer/Agent
160 Mine Lake Court, Suite 200
Raleigh, NC 27615

Ard's Container Service
Attn: Managing Officer/Agent
1101 1st Street, S.
Columbia, SC 29209

Cumberland County Tax Admin Office
Attn: Managing Officer/Agent
PO Box 449
Fayetteville, NC 28302

Nationwide P&C Insurance Co.
Attn: Managing Officer/Agent
One Nationwide Plaza
Columbus, OH 43215-2220

Brunswick County Revenue
Attn: Managing Officer/Agent
PO Box 580335
Charlotte, NC 28231

D.O. Smith Estate
Attn: Managing Officer/Agent
301 Park Lake Road
Columbia, SC 29223

New Hanover County Tax Office
Attn: Managing Officer/Agent
230 Government Center Dr, Suite 1
Wilmington, NC 28403

Capital One Bank
Attn: Managing Officer/Agent
PO Box 30285
Salt Lake City, UT 84130

Demetrious/Georgia/Theo Perivolaris
Attn: Mr. Steve Paris
DP Limited Partnership
1126 Offshore Drive
Fayetteville, NC 28305

North Carolina Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602

Carthens Law Firm, PLLC
Attn: Managing Officer/Agent
804 Stamper Road, Suite 201
Fayetteville, NC 28303

Discover Financial Services - Sam's
Attn: Managing Officer/Agent
PO Box 30943
Salt Lake City, UT 84130-0943

Piedmont Natural Gas
Attn: Managing Officer/Agent
PO Box 33068
Charlotte, NC 28233

Chela Scott
c/o Britton Law, P.A.
2850 Village Drive, Suite 206
Fayetteville, NC 28304

Funding Metrics, LLC dba Quick Fix
Attn: Managing Officer/Agent
884 Town Center Drive
Langhorne, PA 19047

Plan A Advertising, LLC
Attn: Managing Officer/Agent
3724 Shipyard Blvd, Suite C
Wilmington, NC 28403

City of Columbia, SC - Tax Office
Attn: Managing Officer/Agent
1136 Washington St
Columbia, SC 29201

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Sealy, Inc.
Attn: Managing Officer/Agent
239 Sealy Drive
Trinity, NC 27370

Corsicana Bedding, Inc.
Attn: Managing Officer/Agent
PO Box 1050
Corsicana, TX 75151

Kenneth G. Lloyd
PO Box 10720
Wilmington, NC 28404-0720

Sealy, Inc.
Attn: Managing Officer/Agent
PO Box 932621
Atlanta, GA 31193

Sears Credit Cards
Attn: Managing Officer/Agent
PO Box 6282
Sioux Falls, SD 57117

Serta Simmons Bedding, LLC
Attn: Managing Officer/Agent
6540 Judge Adams Rd
Whitsett, NC 27377

Serta Simmons Bedding, LLC
Attn: Managing Officer/Agent
160 Mine Lake Court, Suite 200
Raleigh, NC 27615-6417

Simmons Manufacturing Co., LLC
Attn: Managing Officer/Agent
One Concourse Parkway, Suite 800
Atlanta, GA 30328

Simmons Manufacturing Co., LLC
Attn: Managing Officer/Agent
5100-R West Harris Blvd
Charlotte, NC 28269

Sonny D. Langley
210 Tanbridge Road
Wilmington, NC 28405

South Carolina Dept. of Revenue
Attn: Managing Officer/Agent
300A Outlet Pointe Boulevard
Columbia, SC 29210

SWM Investors
Attn: Managing Officer/Agent
301 Park Lake Road
Columbia, SC 29223

Tempur-Pedic North America, LLC
Attn: Managing Officer/Agent
PO Box 202707
Dallas, TX 75320

Tempur-Pedic North America, LLC
Attn: Managing Officer/Agent
212 South Tryon St, Suite 1000
Charlotte, NC 28281-0001

The University of North Carolina
Attn: UNCW Director of Real Estate
601 S. College Road CB5918
Wilmington, NC 28403-5918

Time Warner Cable
Attn: Managing Officer/Agent
PO Box 70872
Charlotte, NC 28272

Welch and Avery
Attn: Managing Officer/Agent
636 Court Street
Jacksonville, NC 28540

Wells Fargo Bank
Attn: Managing Officer/Agent
PO Box 14517
Des Moines, IA 50306

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **A Goodnight Sleepstore, Inc.** _____   Case No. _____
                                    Debtor(s)              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sonny D. Langley**<br>**210 Tanbridge Road**<br>**Wilmington, NC 28405** | **Common stock** | **100%** | **Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **July  4, 2017** _____        Signature   **/s/ Sonny D. Langley** _____
                                                                   **Sonny D. Langley**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **A Goodnight Sleepstore, Inc.**

Debtor(s)

Case No.

Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **A Goodnight Sleepstore, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  4, 2017**

Date

**/s/ Richard P. Cook**

**Richard P. Cook 37614**

Signature of Attorney or Litigant

Counsel for   **A Goodnight Sleepstore, Inc.**

**Richard P. Cook. PLLC**
**dba Cape Fear Debt Relief**
**7036 Wrightsville Avenue, Suite 101**
**Wilmington, NC 28403**
**(910)399-3458 Fax:(877) 836-6822**
**CapeFearDebtRelief@gmail.com**